IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Melinda Green : CHAPTER 13

        Debtor(s) : BANRKRUPTCY NO. 17-17454/MDC

## ORDER APPROVING MODIFIED PLAN
## AS CONFIRMED PLAN

Upon motion of the Debtor(s) to modify the confirmed plan,

IT IS HEREBY ORDERED that the Debtor(s)' modified plan, shall be deemed the Debtors' Chapter 13 Plan and, as such, shall also be deemed to be confirmed.

BY THE COURT:

_Magdeline D. C_____    11/21/19_
Honorable Magdeline D. Coleman
Bankruptcy Judge

cc: Alan B. Liss, Esquire
    Chapter 13 Trustee
    All Creditors